Ronald Wade, of Rockford, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MORRIS JOHN, JR., Defendant-Appellant.

(No. 72-278;

Second Division—August 6, 1974.

354

Opinion by Mr. PRESIDING JUSTICE T. MORAN.

Ralph Ruebner and Richard J. Wilson, both of the State Appellate Defender's Office, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan (James W. Jerz and Edward Morris, both of Model District State's Attorneys Office, of counsel), for the People.